LOEB & LOEB LLP
JOHN A. PISKORA (NJ ID 005412001)
jpiskora@loeb.com
FRANK D. D'ANGELO (*pro hac vice forthcoming*)
fdangelo@loeb.com
JEFFREY C. PRYSTOWSKY (*pro hac vice forthcoming*)
jprystowsky@loeb.com
345 Park Avenue
New York, NY  10154
Telephone:  +1 212-407-4000
Facsimile:   +1 212-407-4990

Attorneys for Plaintiffs,
HYBE Co. Ltd., BIGHIT MUSIC Co. Ltd.,
and HYBE America Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HYBE CO. LTD. F/K/A/ BIG HIT ENTERTAINMENT CO. LTD., BIG HIT MUSIC CO. LTD. AND HYBE AMERICA INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANIES 1-100,**<br><br>**Defendants.** | Case No. _____<br><br>**EMERGENCY EX PARTE APPLICATION FOR: A TEMPORARY RESTRAINING ORDER; SEIZURE ORDER; AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>**<u>ORAL ARGUMENT REQUESTED</u>** |

Plaintiffs HYBE Co. Ltd. f/k/a Big Hit Entertainment Co. Ltd., BIGHIT MUSIC Co. Ltd., and HYBE America Inc. (collectively, "Plaintiffs") herein applies to this Court ex parte, pursuant to Local Rule 65.1, Rule 65 of the Federal Rules of Civil Procedure, and the Lanham Act, 15 U.S.C. § 1051 *et seq*., for a Temporary Restraining Order; Seizure Order; and an Order to Show Cause Regarding Why a Preliminary Injunction Should Not Issue in the form of the enclosed [Proposed] Order.

This application is based upon the accompanying Emergency Motion and Legal Memorandum, Complaint, Declarations of Frank D'Angelo, Seon Jeong Shin, Dylan Dae Woo Kim, JooHae Kim, John Carruthers, and Andrew Polner, and all pleadings and proceedings as may be considered by the court.

Due to the circumstances and the nature of the relief requested, the undersigned counsel respectfully requests oral argument in this matter.

Dated:  July 10, 2026

Respectfully submitted,

LOEB & LOEB LLP


By: _/s/ John A. Piskora_____
    John A. Piskora (NJ ID 005412001)
    jpiskora@loeb.com
    Frank D. D'Angelo (*pro hac vice forthcoming*)
    fdangelo@loeb.com
    Jeffrey C. Prystowsky (*pro hac vice forthcoming*)
    jprystowsky@loeb.com
    LOEB & LOEB LLP
    345 Park Avenue
    New York, NY  10154
    Telephone:    +1 212-407-4000
    Facsimile:    +1 212-407-4990

Attorneys for Plaintiffs,
HYBE Co. Ltd., BIGHIT MUSIC Co. Ltd., and HYBE America, Inc.

243687682

3