# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
IN NASHVILLE

TAS RIGHTS MANAGEMENT, LLC,

      Plaintiff

v.

VARIOUS JOHN DOES,
VARIOUS JANE DOES, and
VARIOUS XYZ CORPORATIONS,

      Defendants

Civil Action No. __3:15-0589__

**FILED UNDER SEAL**

## ORDER OF SEIZURE OF COUNTERFEIT GOODS

This matter comes before the Court upon plaintiff TAS Rights Management, LLC's ("Plaintiff") Verified Complaint, Motion for *Ex Parte* Order of Seizure of Counterfeit Goods ("Motion"), and Attorney Certification in Support of the Motion. ~~A hearing was held before this Court on May XXXXX 2015.~~ After due consideration thereof, the Court makes the following findings of fact and conclusions of law and GRANTS Plaintiff's Motion in all respects.

AAT

1.  Plaintiff is the exclusive licensee and administrator of the trademark, name and likeness rights of Taylor Swift.

2.  The trademarks TAYLOR SWIFT and *Taylor Swift* ("Taylor Swift Trademarks") are registered with the United States Patent and Trademark Office, are distinctive, and are widely recognized by the general consuming public of the United States.

3.  A summary of the registrations issued by the United States Patent and Trademark Office for the Taylor Swift Trademarks is set forth in **Exhibit A** hereto.

1

4. It appears to this Court that various parties will be present on the premises or within a twenty-mile radius of the venues where Taylor Swift will perform during her 2015 concert tour in the United States ("The 1989 Tour"), including each of the venues identified in **Exhibit B** hereto (each, a "Venue" and, collectively, "Venues"), for the purpose of the sale, offering for sale and/or distribution of merchandise marked with counterfeits of the Taylor Swift Trademarks ("Counterfeit Goods"); such parties are named as "Defendants" in this Action.

5. Defendants are not licensed or otherwise authorized by Plaintiff to use the Taylor Swift Trademarks.

6. Plaintiff is likely to succeed in showing that, unless enjoined, Defendants will use counterfeits of the Taylor Swift Trademarks in connection with the sale, offering for sale and/or distribution of the Counterfeit Goods, at or near the Venues and within twenty-four hours before and/or after a concert on The 1989 Tour.

7. The Counterfeit Goods and other materials subject to this Order likely will be located on the premises or within a twenty-mile radius of the Venues.

8. The Counterfeit Goods will include goods bearing a "counterfeit mark" within the meaning of the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d), and of Section 1127 of the Trademark Act, 15 U.S.C. § 1051 *et seq.* ("Trademark Act").

9. Defendants' distribution, offering for sale and/or sale of the Counterfeit Goods will amount to use in commerce of a counterfeit of a registered mark, in violation of Plaintiff's rights in the Taylor Swift Trademarks and of Section 1114(1)(a) of the Trademark Act.

10. This Court has the power to enjoin violations of Section 1114(1)(a) of the Trademark Act.

2

11.     Further, this Court has the power to issue an order that provides for an *ex parte* seizure of goods bearing a counterfeit of a trademark registered with the U.S. Patent and Trademark Office.

12.     No order other than an *ex parte* seizure order would adequately achieve the purposes of Section 1114 of the Trademark Act and would prevent Defendants' violation of Plaintiff's rights in the Taylor Swift Trademarks, because Defendants are likely to move or hide the Counterfeit Goods and are likely to fail to appear before this Court.

13.     Notice of the Motion need not and cannot have been given to Defendants because: (a) the identities and whereabouts of Defendants are currently unknown; (b) many Defendants have no business identity or stable place of business and cannot be identified; (c) Defendants who can be located and identified, if notified, likely will cause the immediate concealment or destruction of the Counterfeit Goods or removal of the Counterfeit Goods outside the jurisdiction of this Court; and (d) to protect Defendants from publicity, as required by 15 U.S.C. § 1116(d)(6).

14.     Plaintiff will suffer immediate and irreparable injury because Defendants' actions will amount to distribution, offering for sale and/or sale of goods bearing a counterfeit of a mark registered with the U.S. Patent and Trademark Office.

15.     The harm to Plaintiff of denying the application outweighs the harm to any legitimate interests of Defendants because Defendants have no legitimate interests in the Counterfeit Goods and cannot be harmed by an order preventing them from committing violations of the Trademark Act.

16.     Plaintiff has not publicized the requested seizure of the Counterfeit Goods.

17. Plaintiff has given a reasonable notice of the Motion to David Rivera, the United States Attorney for this District.

18. The file of this case has been sealed as required by 15 U.S.C. § 1116(d)(8).

19. Plaintiff has complied with all statutory requirements for the issuance of an *ex parte* seizure order.

It is accordingly ORDERED that:

1). Defendants, along with their partners, associates, agents, servants, employees, representatives, and assigns, and all others under their control or in active concert or participation with them, and all other persons and entities having actual knowledge hereof be, and the same hereby are, ENJOINED and RESTRAINED from:

   a). use of counterfeits of the Taylor Swift Trademarks;

   b). manufacturing, distributing, offering to distribute, offering for sale, or selling any Counterfeit Goods;

   c). representing by any method that the Counterfeit Goods are sponsored, manufactured, sold or licensed by Plaintiff; and

   d). otherwise taking any action likely to cause confusion, mistake or deception as to the origin of the Counterfeit Goods.

2). Any federal, state, or local law enforcement officer ("Enforcement Official") may seize and maintain in his/her custody and control any and all Counterfeit Goods, counterfeit marks, and the means of making them, and records documenting the manufacture, sale or receipt of things relating thereto, in the possession, dominion or control of Defendants, their agents or persons acting in concert or participation with them, including all such Counterfeit Goods and counterfeit marks located in or on any containers, vessels, storage areas or motor vehicles. In

4

accomplishing any seizure pursuant to this Order, the Enforcement Officials shall comply with all applicable laws.

3).      The Enforcement Officials are authorized to carry out the foregoing on the premises or within a twenty (20) mile radius of any Venue identified on **Exhibit B** to this Order, from twenty-four (24) hours before each concert begins and until twenty-four (24) hours following the completion of each concert.

4).      All Counterfeit Goods, all means of making the Counterfeit Goods, all records, and any other materials seized hereunder shall be delivered up to the custody of the Court in accordance with 15 U.S.C. § 1116(d)(7).  The seized Counterfeit Goods shall be kept in identifiable containers and stored at Plaintiff's expense, until further orders of this Court.

5).      Simultaneously with the seizure of the Counterfeit Goods under this Order, or as soon thereafter as is practical under the circumstances, each named Defendant shall be served with a copy of this Order and with a Summons and the Verified Complaint in this action.

6).      This Order is being issued without notice as required by 15 U.S.C. § 1116(d) to protect Defendants from publicity and because, if Plaintiff were to proceed on notice to Defendants, Defendants would destroy, move or hide the Counterfeit Goods, or otherwise make them inaccessible to the Court.

7).      Defendants shall cooperate with the Enforcement Official(s) executing seizure of the Counterfeit Goods under this Order and shall deliver and allow access to all items sought to be seized, wherever such items are located.

8).      Persons who have had goods seized pursuant to this Order are hereby required to provide the Enforcement Official(s) executing this Order with: (A) correct names; (B) residential

5

and, if available, business addresses; (C) telephone numbers; (D) current active military status; and (E) any other identifying information as may be required by the Enforcement Official(s).

9).     Plaintiff shall post security, in the form of a cash bond or other form approved by the Court, in the amount of $10,000, for the payment of such damages as may be incurred or suffered by reason of a wrongful seizure, pending the hearing and determination of the continuation of this Order.

10).    Unless extended by the Court, this order shall become valid upon Plaintiff's posting of security and shall remain in effect until further orders of this Court.

11). IT IS FURTHER ORDERED that a hearing is set for November 13, 2015, at 11:00 A.M. in Courtroom No. 873 at the United States District Court for the Middle District of Tennessee, 801 Broadway, Nashville, Tennessee, 37203, and Defendants are ordered to appear and to then and there show cause, if any, why the Court's Order should not remain in effect and the Counterfeit Goods should not be destroyed pursuant to 15 U.S.C. § 1118.

12).    This Order or copies hereof may be served by any person over the age of 18 years who is not a party to this action.

13).    All persons who become aware of this action and Order are ORDERED not to reveal the existence of this action and/or this Order to any other person, except that persons authorized to enforce this Order may reveal its existence and contents to the extent necessary to carry out their official duties and Defendants may confer with their attorneys concerning this action.

Entered this __26th__ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

6

**USPTO REGISTRATIONS ISSUED FOR**
**TAYLOR SWIFT TRADEMARKS**

| Trademark | USPTO Reg. No. | USPTO Reg. Date | Goods/Services |
|---|---|---|---|
| TAYLOR SWIFT | 3,429,635 | May 20, 2008 | Entertainment services in the nature of the rendition of live musical performances by an individual |
| | 3,439,210 | June 3, 2008 | Clothing, namely, shirts, t-shirts, sweatshirts, jerseys, hats and caps |
| | 3,439,211 | June 3, 2008 | Series of musical sound recordings; Pre-recorded audio cassettes, compact discs and DVDs featuring performances by an individual |
| | 3,809,266 | June 29, 2010 | Printed materials and publications, namely, photographs, posters, stickers, songbooks and sheet music |
| | 3,809,267 | June 29, 2010 | On-line retail store services featuring audio recordings, video recordings, printed publications, printed materials, clothing, collectibles, memorabilia, and a wide variety of products related to a musical artist |
| | 3,812,827 | July 6, 2010 | Digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; Downloadable musical sound recordings; Downloadable video recordings featuring musical entertainment; Musical video recordings; Video recordings featuring musical entertainment |
| | 3,812,828 | July 6, 2010 | Jewelry |
| | 3,812,829 | July 6, 2010 | Entertainment services consisting of providing a Web site featuring pre-recorded musical performances, news, articles, reviews, photographs, and other information and multi-media materials relating to a performing and recording musical artist; Entertainment services, namely, providing information via a global communications network relating to music and musical entertainment; Entertainment services, namely, conducting contests; Providing non-downloadable digital music via a global communications network; Fan club services |
| | 4,098,887 | February 14, 2012 | Metal key chains |
| | 4,251,697 | November 27, 2012 | Fragrances; Non-medicated toiletries; Preparations for the care of the skin, scalp, body and hair; Non-medicated toiletries |
| | 4,289,725 | February 12, 2013 | Drumsticks; Guitar Picks; Guitar Straps |

## USPTO REGISTRATIONS ISSUED FOR
## TAYLOR SWIFT TRADEMARKS

| Trademark | USPTO Reg. No. | USPTO Reg. Date | Goods/Services |
|---|---|---|---|
| | 4,289,726 | February 12, 2013 | Calendars; Art Prints; Lithographs; Greeting Cards; Holiday Cards; Christmas Cards; Souvenir Programs Concerning Musical and Entertainment Events; Stationery; Notebooks; Blank Writing Journals; Folders; Pens; Pencils; Gift Bags; Decalcomanias; Decals; Wall Decals |
| | 4,289,727 | February 12, 2013 | All-Purpose Carrying Bags; Backpacks; Handbags; Tote Bags |
| | 4,289,728 | February 12, 2013 | Plastic Key Chains |
| | 4,289,729 | February 12, 2013 | Christmas Stockings; Christmas Tree Ornaments and Decorations; Plush Toys; Stuffed Toy Animals; Stuffed Toy Bears; Stuffed Toys |
| | 4,313,779 | April 2, 2013 | Digital media, namely, downloadable multi-media files featuring music and musical entertainment; Downloadable multi-media content containing images, graphics, artwork, text, hypertext, audio and video featuring entertainment, music and musical entertainment; Electronic newsletters delivered by e-mail in the fields of entertainment, music, musical entertainment and topics of general interest; Downloadable ring tones for mobile telephones; Downloadable electronic game programs; Fitted plastic films known as skins for covering and protecting electronic apparatus, namely, mobile telephones, portable media players, laptop computers, mobile computers; Bags and cases for holding or carrying portable telephones or electronic devices, and related equipment and accessories; Decorative charms for mobile telephones and portable electronic devices; Blank flash drives; Pre-recorded flash drives featuring audio recordings, video recordings and multi-media content; Eyewear; Sunglasses; Cases for eyewear; Cases for sunglasses; Battery-activated light sticks |
| | 4,420,958 | October 22, 2013 | Footwear |
| | 4,514,996 | April 15, 2014 | Beach towels; Bed blankets; Bed linen; Blanket throws; Household linen; Kitchen linens; Table linen; Towels |

## USPTO REGISTRATIONS ISSUED FOR
## TAYLOR SWIFT TRADEMARKS

| Trademark | USPTO Reg. No. | USPTO Reg. Date | Goods/Services |
|---|---|---|---|
| *Taylor Swift* (signature) | 3,809,269 | June 29, 2010 | Audio and video recordings featuring musical entertainment; Digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; Downloadable musical sound recordings; Downloadable video recordings featuring musical entertainment; Musical sound recordings; Musical video recordings; Video recordings featuring musical entertainment |
| | 3,809,271 | June 29, 2010 | Printed materials and publications, namely, photographs, posters, stickers, songbooks and sheet music |
| | 3,809,272 | June 29, 2010 | On-line retail store services featuring audio recordings, video recordings, printed publications, printed materials, clothing, collectibles, memorabilia, and a wide variety of products related to a musical artist |
| | 3,809,274 | June 29, 2010 | Clothing, namely, bandanas, caps, hats, hooded pullovers, hooded sweat shirts, sweat shirts, pants, and t-shirts |
| | 3,812,830 | July 6, 2010 | Jewelry |
| | 3,812,838 | July 6, 2010 | Entertainment services in the nature of live musical performances; Entertainment services consisting of providing a Web site featuring pre-recorded musical performances, news, articles, reviews, photographs, and other information and multi-media materials relating to a performing and recording musical artist; entertainment services, namely, providing information via a global communications network relating to music and musical entertainment; Entertainment services, namely, conducting contests; Providing non-downloadable digital music via a global communications network; Fan club services |
| | 4,098,931 | February 14, 2012 | Metal key chains |
| | 4,289,730 | February 12, 2013 | Drumsticks; Guitar Picks; Guitar Straps |
| | 4,289,731 | February 12, 2013 | Calendars; Art Prints; Lithographs; Greeting Cards; Holiday Cards; Christmas Cards; Souvenir Programs Concerning Musical and Entertainment Events; Stationery; Notebooks; Blank Writing Journals; Folders; Pens; Pencils; Gift Bags; Decalcomanias; Decals; Wall Decals |

## USPTO REGISTRATIONS ISSUED FOR
## TAYLOR SWIFT TRADEMARKS

| Trademark | USPTO Reg. No. | USPTO Reg. Date | Goods/Services |
|---|---|---|---|
| | 4,289,732 | February 12, 2013 | All-Purpose Carrying Bags; Backpacks; Handbags; Tote Bags |
| | 4,289,733 | February 12, 2013 | Plastic Key Chains |
| | 4,289,734 | February 12, 2013 | Christmas Stockings; Christmas Tree Ornaments and Decorations; Plush Toys; Stuffed Toy Animals; Stuffed Toy Bears; Stuffed Toys |
| | 4,313,780 | April 2, 2013 | Digital media, namely, downloadable multi-media files featuring music and musical entertainment; Downloadable multi-media content containing images, graphics, artwork, text, hypertext, audio and video featuring entertainment, music and musical entertainment; Electronic newsletters delivered by e-mail in the fields of entertainment, music, musical entertainment and topics of general interest; Downloadable ring tones for mobile telephones; Downloadable electronic game programs; Fitted plastic films known as skins for covering and protecting electronic apparatus, namely, mobile telephones, portable media players, laptop computers, mobile computers; Bags and cases for holding or carrying portable telephones or electronic devices, and related equipment and accessories; Decorative charms for mobile telephones and portable electronic devices; Blank flash drives; Pre-recorded flash drives featuring audio recordings, video recordings and multi-media content; Eyewear; Sunglasses; Cases for eyewear; Cases for sunglasses; Battery-activated light sticks |
| | 4,428,188 | November 5, 2013 | Fragrances; Perfume; Eau de parfum; Non-medicated preparations for the care of the skin, scalp, body and hair; Non-medicated toiletries |
| | 4,514,997 | April 15, 2014 | Beach towels; Bed blankets; Bed linen; Bed sheets; Blanket throws; Household linen; Kitchen linens; Pillow covers; Table linen; Towels |

**THE 1989 TOUR**
**U.S. DATES AND VENUES**

| Date | Venue | City | State |
|---|---|---|---|
| 05/30/2015 | Ford Field | Detroit | Michigan |
| 06/02/2015 | KFC Yum! Center | Louisville | Kentucky |
| 06/03/2015 | Quicken Loans Arena | Cleveland | Ohio |
| 06/06/2015 | Heinz Field | Pittsburgh | Pennsylvania |
| 06/08/2015 | Time Warner Cable Arena | Charlotte | North Carolina |
| 06/09/2015 | PNC Arena | Raleigh | North Carolina |
| 06/12/2015 | Lincoln Financial Field | Philadelphia | Pennsylvania |
| 06/13/2015 | Lincoln Financial Field | Philadelphia | Pennsylvania |
| 06/19/2015 | Lanxess Arena | Cologne | Delaware |
| 06/20/2015 | Lanxess Arena | Cologne | Delaware |
| 07/10/2015 | MetLife Stadium | East Rutherford | New Jersey |
| 07/11/2015 | MetLife Stadium | East Rutherford | New Jersey |
| 07/13/2015 | Nationals Park | Washington D.C. | Washington D.C. |
| 07/14/2015 | Nationals Park | Washington D.C. | Washington D.C. |
| 07/18/2015 | Soldier Field | Chicago | Illinois |
| 07/19/2015 | Soldier Field | Chicago | Illinois |
| 07/24/2015 | Gillette Stadium | Foxborough | Massachusetts |
| 07/25/2015 | Gillette Stadium | Foxborough | Massachusetts |
| 08/08/2015 | CenturyLink Field | Seattle | Washington |
| 08/14/2015 | Levi's Stadium | Santa Clara | California |
| 08/15/2015 | Levi's Stadium | Santa Clara | California |
| 08/17/2015 | Gila River Arena | Glendale | Arizona |
| 08/18/2015 | Gila River Arena | Glendale | Arizona |
| 08/21/2015 | Staples Center | Los Angeles | California |
| 08/22/2015 | Staples Center | Los Angeles | California |
| 08/24/2015 | Staples Center | Los Angeles | California |
| 08/25/2015 | Staples Center | Los Angeles | California |
| 08/26/2015 | Staples Center | Los Angeles | California |
| 08/29/2015 | PETCO Park | San Diego | California |
| 09/04/2015 | EnergySolutions Arena | Salt Lake City | Utah |
| 09/05/2015 | Pepsi Center | Denver | Colorado |
| 09/06/2015 | Pepsi Center | Denver | Colorado |
| 09/09/2015 | Fargodome | Fargo | North Dakota |
| 09/11/2015 | Xcel Energy Center | Saint Paul | Minnesota |
| 09/12/2015 | Xcel Energy Center | Saint Paul | Minnesota |
| 09/13/2015 | Xcel Energy Center | Saint Paul | Minnesota |
| 09/16/2015 | Bankers Life Fieldhouse | Indianapolis | Indiana |
| 09/17/2015 | Nationwide Arena | Columbus | Ohio |
| 09/18/2015 | Nationwide | Columbus | Ohio |
| 09/21/2015 | Sprint Center | Kansas City | Missouri |
| 09/22/2015 | Sprint Center | Kansas City | Missouri |

Order Ex. B - Page 1 of 2

**THE 1989 TOUR**
**U.S. DATES AND VENUES**

| Date | Venue | City | State |
|---|---|---|---|
| 09/25/2015 | Bridgestone Arena | Nashville | Tennessee |
| 09/26/2015 | Bridgestone Arena | Nashville | Tennessee |
| 09/28/2015 | Scottrade Center | St. Louis | Missouri |
| 09/29/2015 | Scottrade Center | St. Louis | Missouri |
| 10/08/2015 | Wells Fargo Arena | Des Moines | Iowa |
| 10/09/2015 | CenturyLink Center | Omaha | Nebraska |
| 10/10/2015 | CenturyLink Center | Omaha | Nebraska |
| 10/13/2015 | Minute Maid Park | Houston | Texas |
| 10/17/2015 | AT&T Stadium | Arlington | Texas |
| 10/20/2015 | Rupp Arena | Lexington | Kentucky |
| 10/21/2015 | Greensboro Coliseum | Greensboro | North Carolina |
| 10/24/2015 | Georgia Dome | Atlanta | Georgia |
| 10/27/2015 | American Airlines Arena | Miami | Florida |
| 10/31/2015 | Raymond James Stadium | Tampa | Florida |

Order Ex. B - Page 2 of 2