LOEB & LOEB LLP
JOHN A. PISKORA (NJ ID 005412001 )
jpiskora@loeb.com
FRANK D. D'ANGELO (*admitted pro hac vice*)
fdangelo@loeb.com
JEFFREY C. PRYSTOWSKY (*admitted pro hac vice*)
jprystowsky@loeb.com
345 Park Avenue
New York, NY 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990

Attorneys for Plaintiffs,
HYBE Co. Ltd., BIG HIT MUSIC Co. Ltd.,
and HYBE America Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **HYBE CO. LTD. F/K/A/ BIG HIT ENTERTAINMENT CO. LTD., BIG HIT MUSIC CO. LTD. AND HYBE AMERICA INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANIES 1-100,**<br><br>**Defendants.** | **ACTION NO. 2:26-cv-08572-KSH-CF**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs HYBE Co. Ltd., BIG HIT MUSIC Co. Ltd., and HYBE America Inc. by and through their undersigned attorneys, hereby voluntarily dismiss the above-captioned action without prejudice.

Dated: September 29, 2026

Respectfully submitted,

LOEB & LOEB LLP

By: */s/ John A. Piskora*

John A. Piskora (NJ ID 005412001)
jpiskora@loeb.com
Frank D. D'Angelo (*admitted pro hac vice*)
fdangelo@loeb.com
Jeffrey C. Prystowsky (*admitted pro hac vice*)
jprystowsky@loeb.com
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990

*Attorneys for Plaintiffs,*
*HYBE Co. Ltd., BIG HIT MUSIC Co. Ltd., and HYBE America Inc.*

244006186